**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA,

v.

JOHN LEROY GORDON

CRIMINAL ACTION
NO. 18-361

**ORDER**

**AND NOW**, this 20th day of March 2024, upon consideration of John Leroy

Gordon's Motion for Sentence Reduction (ECF No. 83), the Federal Community

Defender Office's Supplemental Motion on Gordon's Behalf (ECF No. 87) and the

Government's Response (ECF No. 86) it is **ORDERED** that the Motions are **DENIED.**

BY THE COURT:

**_/s/ Gerald J. Pappert_**
GERALD J. PAPPERT, J.